**(Official Form 1) (10/05)**

# United States Bankruptcy Court
## Northern District of Illinois

### Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| **Grogan, Daniel L.** | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| | |

| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
|---|---|
| **xxx-xx-2585** | |

| Street Address of Debtor (No. & Street, City, and State): | Street Address of Joint Debtor (No. & Street, City, and State): |
|---|---|
| **13853 Doral Lane** <br> **Lockport, IL** <br> ZIP Code **60441** | ZIP Code |

| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
|---|---|
| **Will** | |

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| ZIP Code | ZIP Code |

| Location of Principal Assets of Business Debtor (if different from street address above): | **In the posession and control of Michael Eber, Assignee -High Ridge Partners - 140 South Dear born Street Chicago, IL 60603** |
|---|---|

| Type of Debtor (Form of Organization) (Check one box) | Nature of Business (Check all applicable boxes.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors) <br> ☐ Corporation (includes LLC and LLP) <br> ☐ Partnership <br> ☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.) <br> State type of entity: | ☐ Health Care Business <br> ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B) <br> ☐ Railroad <br> ☐ Stockbroker <br> ☐ Commodity Broker <br> ☐ Clearing Bank <br> ☐ Nonprofit Organization qualified under 26 U.S.C. § 501(c)(3) | ■ Chapter 7   ☐ Chapter 11   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding <br> ☐ Chapter 9   ☐ Chapter 12   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding <br> ☐ Chapter 13 |
| | | **Nature of Debts** (Check one box) <br> ☐ Consumer/Non-Business   ■ Business |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached <br><br> ☐ Filing Fee to be paid in installments (Applicable to individuals only)  Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A. <br><br> ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box: <br> ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). <br> ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D). <br><br> Check if: <br> ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million. |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

(Official Form 1) (10/05)    **FORM B1**, Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Grogan, Daniel L.** |

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than one, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code.

X _____
  Signature of Attorney for Debtor(s)          Date

</td>
</tr>
<tr>
<td>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

</td>
<td>

**Certification Concerning Debt Counseling
by Individual/Joint Debtor(s)**

☑ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.

☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.)

</td>
</tr>
</table>

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

(Official Form 1) (10/05)                                                                                    **FORM B1**, Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **Grogan, Daniel L.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Daniel L. Grogan**
Signature of Debtor   **Daniel L. Grogan**

**X**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**April 20, 2006**
Date

### Signature of Attorney

**X  /s/ Deborah K. Ebner**
Signature of Attorney for Debtor(s)

**Deborah K. Ebner 06181615**
Printed Name of Attorney for Debtor(s)

**Law Office of Deborah K. Ebner**
Firm Name

**11 East Adams Street**
**Suite 800**
**Chicago, IL 60603**

Address

**Email: DKEBNER@deborahebnerlaw.com**
**312-922-3838  Fax: 312-922-8722**
Telephone Number

**April 20, 2006**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by §1515 of title 11 are attached.

☐ Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Form B6A
(10/05)

In re    **Daniel L. Grogan**                                      ,    Case No. _____
                                                    Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **13853 South Doral Lane - Homer Glen, Illinois (Value referenced below is fair market value of 100% of real estate, notwithstanding joint ownership of wife)** | **Joint tenant** | - | 369,000.00 | 630,889.00 |
| **Vacant Property - Burr Ridge, Illinois - Lots 1,2,3,4,5,6,7,8** | **Fee simple** | - | 4,310,000.00 | 4,013,978.00 |

| | | |
|---|---|---|
| Sub-Total > | 4,679,000.00 | (Total of this page) |
| Total > | 4,679,000.00 | |

__0__    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Form B6D
(10/05)

In re    **Daniel L. Grogan**                                        ,    Case No. _____
                                    Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C§112; Fed.R.Bankr.P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | **Mortgage** | | | | | |
| **Ashby Trust** **c/o Kent Gaertner** **Springer Brown Covey et al** **400 South County Farm Road** **Wheaton, IL 60187** | | - | **Vacant Property - Burr Ridge, Illinois - Lots 1,2,3,4,5,6,7,8** | | | | | |
| | | | Value $            4,310,000.00 | | | | 350,000.00 | 0.00 |
| Account No. | | | **Purchase Money Security** | | | | | |
| **Downer's Grove National Bank** **5140 Main Street** **Downers Grove, IL 60515** | | - | **Miscellaneous items of heavy equipment** | | | | | |
| | | | Value $                   Unknown | | | | 100,000.00 | Unknown |
| Account No. | | | **First Mortgage** | | | | | |
| **Downers Grove National Bank** **5140 Main Street** **Downers Grove, IL 60515** | | - | **Vacant Property - Burr Ridge, Illinois - Lots 1,2,3,4,5,6,7,8** | | | | | |
| | | | Value $            4,310,000.00 | | | | 2,904,310.00 | 0.00 |
| Account No. | | | **June 7,2005** | | | | | |
| **Downers Grove National Bank** **5140 Main Street** **Downers Grove, IL 60515** | | - | **Mortgage** **Deed of Trust or Mortgage evidenced by 15 W 661 83rd Street Burr Ridge, Illinois.** | | | | | |
| | | | Value $               245,500.00 | | | | 245,500.00 | 0.00 |
| **4** continuation sheets attached | | | Subtotal (Total of this page) | | | | 3,599,810.00 | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6D - Cont.
(10/05)

In re **Daniel L. Grogan** _____,   Case No. _____
                                              Debtor

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Jointly owned Ford Navigator --- market value is estimated. | | | | | |
| **Ford Motor Credit** **PO Box 219686** **Kansas City, MO 64121** | | - | | | | | | |
| | | | Value $          10,000.00 | | | | **Unknown** | **Unknown** |
| Account No. | | | January 27, 2006 - recorded UCC equipment , machinery, plant, inventory, tools, accounts receivable, et al to extent that Debtor has interest therein | | | | | |
| **Guarantee Company of America** **1000 Town Center, # 1800** **Southfield, MI 48075** | X | - | | X | X | | | |
| | | | Value $          **Unknown** | | | | **Unknown** | **Unknown** |
| Account No. | | | Mortgage Vacant Property - Burr Ridge, Illinois - Lots 1,2,3,4,5,6,7,8 | | | | | |
| **Homer Tree Service** **14000 Archer Ave.** **Lockport, IL 60441** | | - | | | | | | |
| | | | Value $          4,310,000.00 | | | | 15,000.00 | 0.00 |
| Account No. **xxx-xx-2585** | | | April 3, 2006 Federal Tax Lien Lots 1-8 Dupage County & 13853 Doral Lane Homer Glen, Illinois | | | | | |
| **Internal Revenue Service** **200 West Adams Suite 2300** **Chicago, IL 60606** | | - | | | | | | |
| | | | Value $          4,310,000.00 | | | | 473,446.14 | 0.00 |
| Account No. | | | Federal Tax Lien 13853 South Doral Lane - Homer Glen, Illinois (Value referenced below is fair market value of 100% of real estate, notwithstanding joint ownership of wife) | | | | | |
| **Internal Revenue Service** **200 West Adams Suite 2300** **Chicago, IL 60606** | | - | | | | | | |
| | | | Value $          369,000.00 | | | | 450,889.00 | 261,889.00 |

Sheet ___1___ of ___4___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)          939,335.14

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6D - Cont.
(10/05)

In re    **Daniel L. Grogan**                                                                                    ,        Case No. _____
                                                                   Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.<br><br>**James and Susan Anderson**<br>**8720 Polo Ridge Court**<br>**Willowbrook, IL 60527** | - | | | **potential claim arising from contract to purchase real estate.** | X | X | X | | |
| | | | | Value $         **Unknown** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**Joel Anderson Homes, Ltd.**<br>**4518 Oakwood Ave.**<br>**Downers Grove, IL 60515** | - | | | **potential claim arising from potential interest in Dupage real estate** | X | X | X | | |
| | | | | Value $         **Unknown** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**Michael Vukasovic**<br>**c/o Michele Reynolds**<br>**Dowd Bloch & Bennett**<br>**8 South Michigan Ave. - 19th Floor**<br>**Chicago, IL 60603** | - | | | **undetermined - to be provided**<br><br>**purported/potential mechanics lien claim**<br><br>**Vacant Property - Burr Ridge, Illinois - Lots 1,2,3,4,5,6,7,8** | | | | | |
| | | | | Value $         **4,310,000.00** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**North American Specialty Insurance**<br>**C/o Mary E. Gardner**<br>**10 North Dearborn - Fourth Floor**<br>**Chicago, IL 60602** | - | | | **February 10, 2006 - recorded**<br><br>**UCC**<br><br>**contract rights et al to the extent that they exist against Debtor** | X | X | | | |
| | | | | Value $         **Unknown** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**Riverside Developmt a/ka Bob Sayad**<br>**14 Ambriance Drive**<br>**Burr Ridge, IL** | - | | | **Mortgage**<br><br>**Vacant Property - Burr Ridge, Illinois - Lots 1,2,3,4,5,6,7,8** | | | X | | |
| | | | | Value $         **4,310,000.00** | | | | **60,000.00** | **0.00** |

Sheet **2** of **4** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

**60,000.00**

**60,000.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6D - Cont.
(10/05)

In re __Daniel L. Grogan_____,   Case No. _____
                                                                                  Debtor

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. | | | | Mortgage | | | | | |
| Rock on Trucking 6501 West Archer Ave. Chicago, IL 60638 | | - | | Vacant Property - Burr Ridge, Illinois - Lots 1,2,3,4,5,6,7,8 | | | X | | |
| | | | | Value $ 4,310,000.00 | | | | 19,126.00 | 0.00 |
| Account No. | | | | Mortgage | | | | | |
| Salce 2643 North Haymond River Grove, IL 60171 | | - | | Vacant Property - Burr Ridge, Illinois - Lots 1,2,3,4,5,6,7,8 | | | X | | |
| | | | | Value $ 4,310,000.00 | | | | 63,596.00 | 0.00 |
| Account No. | | | | September 16, 2005 | | | | | |
| Talisman LLC c/o Michelle Ratledge Thompson Rosenthal & Watts, LLP 1001 East Chicago Ave. #111 Naperville, IL 60540 | | - | | Purported Mortgage Vacant Property - Burr Ridge, Illinois - Lots 1,2,3,4,5,6,7,8 | X | X | X | | |
| | | | | Value $ 4,310,000.00 | | | | 62,434.48 | 0.00 |
| Account No. | | | | Mortgage | | | | | |
| Triple K c/o Kevin Callahan 16555 West Delaware Lockport, IL 60441 | | - | | Vacant Property - Burr Ridge, Illinois - Lots 1,2,3,4,5,6,7,8 | | X | X | | |
| | | | | Value $ 4,310,000.00 | | | | 88,000.00 | 0.00 |
| Account No. | | | | Judgment Lien | | | | | |
| Vermeer Illinois, Inc. c/o Jonathan B. Shanower Dreyer Foote et al 1999 West Downer Place Aurora, IL 60506 | X | - | | | | | | | |
| | | | | Value $ Unknown | | | | 8,672.66 | Unknown |

Sheet __3__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

241,829.14

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6D - Cont.
(10/05)

In re    **Daniel L. Grogan**                                                                                              ,        Case No. _____

Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | **First Mortgage** | | | | | |
| **Washington Mutual** **PO Box 9001123** **Louisville, KY 40290-1123** | X | - | **13853 South Doral Lane - Homer Glen, Illinois (Value referenced below is fair market value of 100% of real estate, notwithstanding joint ownership of wife)** | | | | | |
| | | | Value $                **369,000.00** | | | | **180,000.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __4__ of __4__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)  **180,000.00**

Total
(Report on Summary of Schedules)  **5,020,974.28**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6E
(10/05)

In re  **Daniel L. Grogan**                                                      Case No. _____
_____,
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority,  listed separately by type of priority,  is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community". If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic support obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6E - Cont.
(10/05)

In re   **Daniel L. Grogan** _____,   Case No. _____
                                    Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Illinois Department of Revenue<br>PO Box 19043<br>Springfield, IL 62794** | | - | possible trust fund portion - 2005 | | | | 41,200.00 | 41,200.00 |
| Account No.<br><br>**State of California<br>Bankruptcy Group MIC 92E<br>800 Capital Mall<br>Sacramento, CA 95814** | | - | possible trust fund portion - 2005 | | | | 1,200.00 | 1,200.00 |
| Account No.<br><br>**United States Dept. of Treasury<br>Tax Division (DOJ)<br>BOX 55 - BenFranklin Station<br>Washington, DC 20044** | | - | 2005<br><br>Trust Fund Portion of withholding taxes due from operation of COMSTOCK EARTHMOVING - | | | | 450,889.00 | 450,889.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal<br>(Total of this page) | 493,289.00 | 493,289.00 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 493,289.00 | 493,289.00 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

Form B6F
(10/05)

In re **Daniel L. Grogan**                                                    , Case No. _____
                                Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **3715503713-21006**<br><br>**American Express**<br>**P.O. Box 650448**<br>**Dallas, TX 75265-0448** | X | - | | | | | | | **16,518.00** |
| Account No. **60435**<br><br>**Best Environmental, Inc**<br>**C/O Gary Davidson**<br>**Brumund Jacobs Hammel & Davidson**<br>**58 East Clinton**<br>**Joliet, IL** | | - | | | **environmental clean-up services** | | | | **2,223.00** |
| Account No.<br><br>**Brites Cartage**<br>**c/o Elias Gordan, Esq.**<br>**PO Box 60**<br>**Palos Park, IL 60406** | X | - | | | **potential guarantee liability** | X | X | | **164,016.32** |
| Account No. **4193-1024-0753-3895**<br><br>**Capital One**<br>**PO Box 790217**<br>**Saint Louis, MO 63179** | | - | | | | | | | **3,830.00** |

|  |  |
|---|---|
| __4__ continuation sheets attached | Subtotal<br>(Total of this page) |
| | **186,587.32** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        S/N:28049-060414   Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Daniel L. Grogan**                                                          ,    Case No. _____
                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Card Member Services - Chase Card**<br>**PO Box 15153**<br>**Wilmington, DE 19886** | | - | | | | | | | 0.00 |
| Account No.<br><br>**Caterpillar Finance**<br>**2120 West End Ave.**<br>**Nashville, TN 37203** | X | - | | | **potential guarantee liability from sale of equipment** | | X | | Unknown |
| Account No.<br><br>**Chase Bank One**<br>**PO Box 15153**<br>**Wilmington, DE 19850** | | - | | | | | | | 3,283.07 |
| Account No.<br><br>**Comstock Earthmoving, Inc**<br>**c/o Michael Eber**<br>**High Ridge Partners, Inc.**<br>**140 South Dearborn Street #420**<br>**Chicago, IL 60603** | | - | | | **Potential contribution claim as guarantor of notes by and between Debtor and Downer's Grove National Bank** | X | X | | Unknown |
| Account No. **601100783074 3026**<br><br>**Discover Card**<br>**PO Box 30395**<br>**Salt Lake City, UT 84130** | | - | | | | | | | 6,053.00 |

Sheet no. __1__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      9,336.07

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(10/05)

In re   **Daniel L. Grogan**                                                                 ,        Case No. _____
                                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | potential guarantee liability for equipment of K & D Leasing | | | | |
| **Ditch Witch/Citicapital 8001 Ridgeport Drive Irving, TX 75063** | X | - | | | | X | | | **Unknown** |
| Account No. | | | | | potential guarantee liability | | | | |
| **E.F.Heil, LLC 12151 South Napervile Road Plainfield, IL 60510** | X | - | | | | X | X | | **26,448.26** |
| Account No. | | | | | amount referenced below is an estimate based upon allegations in presenting pending state court action | | | | |
| **Eagle Concrete C/O Paul Greviskes, Attorney 109 East Wilson Street PO Box 393 Batavia, IL 60510** | X | - | | | | X | X | X | **371,000.00** |
| Account No. | | | | | anticipated deficiency on repossesed vehicles | | | | |
| **Ford Motor Credit PO Box 219686 Kansas City, MO 64121** | | - | | | | | X | | **Unknown** |
| Account No. | | | | | potential guarantee liability | | | | |
| **George W. Pierson Company, Inc. d/b/a Norwalk Tank c/o Shawn Heffernan 60 North Chicago Street Joliet, IL 60432** | X | - | | | | | X | | **19,269.73** |

Sheet no. __2__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**416,717.99**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(10/05)

In re   **Daniel L. Grogan**                                                                    ,        Case No. _____
                                                      Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | guarantee liability | | | | |
| **Heritage FS, Inc** c/o Gary Davidson **Brumund, Jacobs, Hammel & Davidson** **58 East Clinton Street # 200** **Joliet, IL 60435** | | - | | | | X | X | | 105,322.07 |
| Account No. | | | | | Approximately September 2005 | | | | |
| **HFC Finance** **PO Box 5240** **Carol Stream, IL 60197-5240** | | - | | | | | | | 6,000.00 |
| Account No. | | | | | Contribution claim for potential Guarantee Liability for Bond Claims | | | | |
| **Jyl Grogan** **13853 Doral Lane** **Lockport, IL 60441** | | - | | | | X | X | | Unknown |
| Account No. | | | | | guarantee liability | | | | |
| **Laborers' Welfare Fund** c/o Christina Krivanek **Office of Fund Counsel** **53 West Jackson Suite 550** **Chicago, IL 60604** | X | - | | | | | | | Unknown |
| Account No. | | | | | bond claim | | | | |
| **NAS Surety Group** c/o Mary Gardner **Riordan, Donnelly Lipinski et al** **10 North Dearborn Street** **Chicago, IL 60602** | X | - | | | | X | X | | Unknown |

Sheet no. __3__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**111,322.07**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Daniel L. Grogan**                                                    ,   Case No. _____
                                        **Debtor**

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| **Account No.** | | | | | possible guarantee liability for deficiency from Auction sale conducted on or about March 2006 | | | | |
| **Ritchie Brothers** **2400 Ritchie Road** **Morris, IL 60450** | - | | | | | | | | |
| | | | | | | | | | **Unknown** |
| **Account No.** | | | | | | | | | |
| **Select Edition Mastercard** **PO Box 356176** **Louisville, KY 40285** | - | | | | | | | | |
| | | | | | | | | | **7,775.00** |
| **Account No.** | | | | | bond claim | | | | |
| **The Guarantee Company of North Am.** **C/o Joel Page, Esq** **Leo & Weber, PC** **One North LaSalle Street #3600** **Chicago, IL 60602** | - | | | | | X | X | | |
| | | | | | | | | | **Unknown** |
| **Account No.** | | | | | | | | | |
| | | | | | | | | | |
| **Account No.** | | | | | | | | | |
| | | | | | | | | | |

Sheet no. __4__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | **7,775.00** |
|---|---|---|
|  | Total (Report on Summary of Schedules) | **731,738.45** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

American Express
P.O. Box 650448
Dallas, TX 75265-0448


Ashby Trust
c/o Kent Gaertner
Springer Brown Covey et al
400 South County Farm Road
Wheaton, IL 60187


Best Environmental, Inc
C/O Gary Davidson
Brumund Jacobs Hammel & Davidson
58 East Clinton
Joliet, IL


Brites Cartage
c/o Elias Gordan, Esq.
PO Box 60
Palos Park, IL 60406


Capital One
PO Box 790217
Saint Louis, MO 63179


Card Member Services - Chase Card
PO Box 15153
Wilmington, DE 19886


Caterpillar Finance
2120 West End Ave.
Nashville, TN 37203


Chase Bank One
PO Box 15153
Wilmington, DE 19850


Chester Foster, Esq.
Foster Kallen and Smith
3825 West 192nd
Homewood, IL 60430


Comstock Earthmoving

Comstock Earthmoving
c/o High Ridge Partners
140 North Dearborn Street
Chicago, IL 60604


Comstock Earthmoving, Inc
c/o Michael Eber
High Ridge Partners, Inc.
140 South Dearborn Street #420
Chicago, IL 60603


Comstock Earthmoving, Inc
c/o M. Eber, Assignee
Highridge Partners
140 South Dearborn Street
Chicago, IL


Comstock Earthmoving, Inc
C/o Michael Eber
High Ridge Partners
140 South Dearborn
Chicago, IL


Comstock Earthmoving, Inc.
c/o Michael Eber, Assignee
High Ridge Partners
140 South Dearborn Street
Chicago, IL


Comstock Earthmoving, Inc.


Comstock Earthmoving, Inc.


Discover Card
PO Box 30395
Salt Lake City, UT 84130


Ditch Witch/Citicapital
8001 Ridgeport Drive
Irving, TX 75063


Downer's Grove National Bank
5140 Main Street
Downers Grove, IL 60515

Downers Grove National Bank
5140 Main Street
Downers Grove, IL 60515


Downers Grove National Bank
5140 Main Street
Downers Grove, IL 60515


E.F.Heil, LLC
12151 South Napervile Road
Plainfield, IL 60510


Eagle Concrete
C/O Paul Greviskes, Attorney
109 East Wilson Street
PO Box 393
Batavia, IL 60510


Elias Gordan
PO Box 60
Palos Park, IL 60464


Faye B. Feinstein
Quarels & Brady, LLP
500 West Madison Street
Suite 3700
Chicago, IL 60661


Ford Motor Credit
PO Box 219686
Kansas City, MO 64121


Ford Motor Credit
PO Box 219686
Kansas City, MO 64121


George W. Pierson Company, Inc.
d/b/a Norwalk Tank
c/o Shawn Heffernan
60 North Chicago Street
Joliet, IL 60432


Guarantee Company of America
1000 Town Center, # 1800
Southfield, MI 48075

Heritage FS, Inc
c/o Gary Davidson
Brumund, Jacobs, Hammel & Davidson
58 East Clinton Street # 200
Joliet, IL 60435


HFC Finance
PO Box 5240
Carol Stream, IL 60197-5240


Homer Tree Service
14000 Archer Ave.
Lockport, IL 60441


Illinois Department of Revenue
PO Box 19043
Springfield, IL 62794


Internal Revenue Service
200 West Adams Suite 2300
Chicago, IL 60606


Internal Revenue Service
200 West Adams Suite 2300
Chicago, IL 60606


James and Susan  Anderson


James and Susan Anderson
8720 Polo Ridge Court
Willowbrook, IL 60527


Joel Anderson
CO


Joel Anderson Homes, Ltd.
4518 Oakwood Ave.
Downers Grove, IL 60515

Joel Page
Leo & Weber
One North LaSalle Street
#2600
Chicago, IL 60602

Jyl Grogan
13853 Doral Lane
Lockport, IL 60441

Jyl Grogan
13853 Doral Lane
Lockport, IL 60441

Jyl Grogan

Jyl Grogan
13853 Doral Lane
Homer Glenn, IL

Kurt Vragel, Jr.
Attorney at Law
1710 East Lake Ave
Glenview, IL 60025

Laborers' Welfare Fund
c/o Christina Krivanek
Office of Fund Counsel
53 West Jackson Suite 550
Chicago, IL 60604

M. Eber, Assignee of Comstock
c/o High Ridge Partners
140 South Dearborn Street
#420
Chicago, IL 60603

M. Ebner, Assignee Comstock
High Ridge Partners
140 South Dearborn Street
Chicago, IL 60604

Michael Vukasovic
c/o Michele Reynolds
Dowd Bloch & Bennett
8 South Michigan Ave. - 19th Floor
Chicago, IL 60603


Mitchel Lieberman
Noonan & Lieberman
105 West Adams  #3000
Chicago, IL 60603


NAS Surety Group
c/o Mary Gardner
Riordan, Donnelly Lipinski et al
10 North Dearborn Street
Chicago, IL 60602


North American Specialty Insurance
C/o Mary E. Gardner
10 North Dearborn - Fourth Floor
Chicago, IL 60602


Ritchie Brothers
2400 Ritchie Road
Morris, IL 60450


Riverside Developmt a/ka Bob Sayad
14 Ambriance Drive
Burr Ridge, IL


Rock on Trucking
6501 West Archer Ave.
Chicago, IL 60638


Salce
2643 North Haymond
River Grove, IL 60171


Select Edition Mastercard
PO Box 356176
Louisville, KY 40285


State of California
Bankruptcy Group MIC 92E
800 Capital Mall
Sacramento, CA 95814

Talisman LLC
c/o Michelle Ratledge
Thompson Rosenthal & Watts, LLP
1001 East Chicago Ave. #111
Naperville, IL 60540


The Guarantee Company of North Am.
C/o Joel Page, Esq
Leo & Weber, PC
One North LaSalle Street #3600
Chicago, IL 60602


Triple K
c/o Kevin Callahan
16555 West Delaware
Lockport, IL 60441


United States Dept. of Treasury
Tax Division (DOJ)
BOX 55 - BenFranklin Station
Washington, DC 20044


United States Dept. of Treasury
Tax Division (DOJ)
BOX 55 - BenFranklin Station
Washington, DC 20044


Vermeer Illinois, Inc.
c/o Jonathan B. Shanower
Dreyer Foote et al
1999 West Downer Place
Aurora, IL 60506


Washington Int'l Insurance
c/ Mary E. Gardner
Riordan Donnelly Lipinski et al
10 North Dearborn Street
Chicago, IL 60602


Washington International Insurance
c/o Mary E. Gardner
Riordan, Donnelly Lipinski et al
10 North Dearborn Street
Chicago, IL 60602

```
Washington Mutual
PO Box 9001123
Louisville, KY 40290-1123


Washington Mutual - Collection Dep.
PO Box 4418
Jacksonville, FL 32231
```

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

IN RE:

**Daniel L. Grogan**

Debtor(s)

)  Chapter **7**
)  Bankruptcy Case No.
)
)
)

## DECLARATION REGARDING ELECTRONIC FILING
Signed by Debtor(s) or Corporate Representative
**To Be Used When Filing over the Internet**

PART I - DECLARATION OF PETITIONER        Date:    __April 19, 2006__
A.        To be completed in all cases.

        I(We)    __Daniel L. Grogan__    the undersigned debtor(s), corporate officer, partner, or member, hereby
declare under penalty of perjury that the information I(we) have given my(our) attorney, including correct social
security number(s) and the information provided in the electronically filed petition, statements, schedules, and if
applicable, application to pay filing fee in installments,  is true and correct. I(we) consent to my(our) attorney
sending the petition, statements, schedules, and this DECLARATION to the United States Bankruptcy Court. I(we)
understand that this DECLARATION must be filed with the Clerk in addition to the petition. I(we) understand that
failure to file this DECLARATION will cause this case to be dismissed pursuant to 11 U.S.C. § 707(a) and 105.

B.        To be checked and applicable only if the petitioner is an individual (or individuals) whose
        debts are primarily consumer debts and who has (or have) chosen to file under chapter 7.

        ☐        I(we) am(are) aware that I(we) may proceed under chapter 7, 11, 12, or 13 of Title 11 United
                States Code; I(we) understand the relief available under each such chapter; I(we) choose to
                proceed under chapter 7; and I(we) request relief in accordance with chapter 7.

C.        To be checked and applicable only if the petition is a corporation, partnership, or limited
        liability entity.

        ☐        I declare under penalty of perjury that the information provided in this petition is true and correct
                and that I have been authorized to file this petition on behalf of the debtor. The debtor requests
                relief in accordance with the chapter specified in the petition.

Signature: _____        Signature  _____
        **Daniel L. Grogan**
        (Debtor or Corporate Officer, Partner or Member)                        (Joint Debtor)