## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: GROGAN, DANIEL L | § | Case No. 06-04456 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
MICHAEL G. BERLAND_____, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within   20 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:15am on 08/20/2010 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 N. Ottawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  07/16/2010_____          By:   /s/ Michael G. Berland_____
                                                              Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

**UST Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: GROGAN, DANIEL L        §    Case No. 06-04456

                                       §

                                       §

Debtor(s)                                §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 231,898.21 |
| *and approved disbursements of* | $ 114,330.16 |
| *leaving a balance on hand of* [1] | $ 117,568.05 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| United States Dept. of Treasury | $ 85,067.45 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | MICHAEL G. BERLAND | $ 14,660.10 | $ |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| Attorney for debtor | _____ | $_____ | $_____ |
| Attorney for | _____ | $_____ | $_____ |
| Accountant for | _____ | $_____ | $_____ |
| Appraiser for | _____ | $_____ | $_____ |
| Other | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $644,610.66 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 5 | Jyl Grogan | $ 17,833.74 | $ 17,833.74 |
| 20P | Laborers' Welfare Fund | $ 76,075.81 | $ 0.00 |
| 21 | Trustees Of Local 150, IUOE, et al. | $ 197,487.10 | $ 0.00 |
| 22 | IUOE Local 150 | $ 9,406.88 | $ 0.00 |
| 24 | IUOE Local 150 | $ 197,487.10 | $ 0.00 |
| 25 | IUOE Local 150 | $ 9,406.88 | $ 0.00 |
| 26P-2 | United States Dept. of Treasury | $ 80,478.05 | $ 0.00 |
| 27P | Employment Development Dept | $ 11,187.10 | $ 0.00 |
| 28P | Illinois Department of Revenue | $ 45,248.00 | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,111,587.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 2 -2 | Caterpillar Financial Services, Corp. | $ 110,476.14 | $ 0.00 |
| 3 | E.F.Heil, LLC | $ 36,417.15 | $ 0.00 |
| 6 | Discover Bank/Discover Financial Services | $ 6,177.26 | $ 0.00 |
| 7 | Chase Bank USA, N.A. | $ 19,121.92 | $ 0.00 |
| 8 | Chase Bank USA, N.A. | $ 14,542.11 | $ 0.00 |
| 11 | Eagle Concrete | $ 381,615.00 | $ 0.00 |
| 12 | Heritage FS, Inc | $ 105,322.77 | $ 0.00 |
| 13 | American Express Bank FSB | $ 19,147.56 | $ 0.00 |
| 14 | NAS Surety Group | $ 446,289.21 | $ 0.00 |
| 15 -2 | eCAST Settlement Corporation assignee of | $ 5,638.29 | $ 0.00 |
| 16 | James and Susan Anderson | $ 34,848.82 | $ 0.00 |
| 17 | The Guarantee Company of North America | $ 3,849,860.00 | $ 0.00 |
| 20U | Laborers' Welfare Fund | $ 82,130.94 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 8,389.36 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 27U | Employment Development Dept | $ 3,753.36 | $ 0.00 |
| 28U | Illinois Department of Revenue | $ 4,636.00 | $ 0.00 |

UST Form 101-7-NFR (9/1/2009)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Prepared By:  /s/MICHAEL G. BERLAND

Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: csimmons              Page 1 of 3                    Date Rcvd: Jul 19, 2010
Case: 06-04456               Form ID: pdf006             Total Noticed: 71

The following entities were noticed by first class mail on Jul 21, 2010.
```
db       +Daniel L Grogan,   7585 S Madison,   Burr Ridge, IL 60527-7598
tr       +Michael G Berland,   1 N LaSalle St, No.1775,   Chicago, IL 60602-4065
10702462  American Express,   P.O. Box 650448,   Dallas, TX 75265-0448
11188974  American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
10702463 +Ashby Trust,   c/o Kent Gaertner,   Springer Brown Covey et al,   400 South County Farm Road,
           Wheaton, IL 60187-4547
10702464 +Best Environmental, Inc,   C/O Gary Davidson,   Brumund Jacobs Hammel & Davidson,
           58 East Clinton,   Joliet, IL 60432-4134
10702465 +Brites Cartage,   c/o Elias Gordan, Esq.,   PO Box 60,   Palos Park, IL 60464-0060
10702466  Capital One,   PO Box 790217,   Saint Louis, MO 63179
10702467 +Card Member Services - Chase Card,   PO Box 15153,   Wilmington, DE 19886-5153
10702468 +Caterpillar Finance,   2120 West End Ave.,   Nashville, TN 37203-5341
10702469 +Chase Bank One,   PO Box 15153,   Wilmington, DE 19850-5153
11075100 +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,
           Seattle, WA 98121-2339
10702470 +Chester Foster, Esq.,   Foster Kallen and Smith,   3825 West 192nd,   Homewood, IL 60430-4314
10702472 +Comstock Earthmoving,   c/o High Ridge Partners,   140 North Dearborn Street,   Chicago, IL 60602
10702475 +Comstock Earthmoving, Inc,   C/o Michael Eber,   High Ridge Partners,   140 South Dearborn,
           Chicago, IL 60603-5202
10702474 +Comstock Earthmoving, Inc,   c/o M. Eber, Assignee,   Highridge Partners,
           140 South Dearborn Street,   Chicago, IL 60603-5202
10702473 +Comstock Earthmoving, Inc,   c/o Michael Eber,   High Ridge Partners, Inc.,
           140 South Dearborn Street #420,   Chicago, IL 60603-5233
10702476 +Comstock Earthmoving, Inc.,   c/o Michael Eber, Assignee,   High Ridge Partners,
           140 South Dearborn Street,   Chicago, IL 60603-5202
10702480 +Ditch Witch/Citicapital,   8001 Ridgeport Drive,   Irving, TX 75063-3117
10702481 +Downer's Grove National Bank,   5140 Main Street,   Downers Grove, IL 60515-4610
10702482 +Downers Grove National Bank,   5140 Main Street,   Downers Grove, IL 60515-4610
10702484 +E.F.Heil, LLC,   Kurt E Vragel JR,   Attorney for E.F. Heil LLC,   1701 E Lake Ave Ste 170,
           Glenview, IL 60025-2085
10702485 +Eagle Concrete,   C/O Paul Greviskes, Attorney,   109 East Wilson Street,   PO Box 393,
           Batavia, IL 60510-0393
10702486 +Elias Gordan,   PO Box 60,   Palos Park, IL 60464-0060
11665805  Employment Development Dept,   Bankruptcy Group MIC 92E,   PO Box 826880,
           Sacremento, CA 94280-0001
10711670 ++FORD MOTOR CREDIT COMPANY,   PO BOX 6275,   DEARBORN MI 48121-6275
          (address filed with court: Ford Motor Credit,   PO Box 537901,   Livonia, MI  48153-7901)
10702488 +Ford Motor Credit,   PO Box 219686,   Kansas City, MO 64121-9686
10702490 +George W. Pierson Company, Inc.,   d/b/a Norwalk Tank,   c/o Shawn Heffernan,
           60 North Chicago Street,   Joliet, IL 60432-4315
10702491 +Guarantee Company of America,   1000 Town Center, # 1800,   Southfield, MI 48075-1263
10702493  HFC Finance,   PO Box 5240,   Carol Stream, IL 60197-5240
10702492 +Heritage FS, Inc,   c/o Gary Davidson,   Brumund, Jacobs, Hammel & Davidson,
           58 East Clinton Street # 200,   Joliet, IL 60432-4134
10702494 +Homer Tree Service,   14000 Archer Ave.,   Lockport, IL 60441-7447
11801920 ++ILLINOIS DEPARTMENT OF REVENUE,   P O BOX 64338,   CHICAGO IL 60664-0338
          (address filed with court: Illinois Department of Revenue,   Bankruptcy Section,
           100 West Randolph Street  Level 7-425,   Chicago, Illinois  60601)
10702496 ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
           PHILADELPHIA PA 19114-0326
          (address filed with court: Department of the Treasury-Internal Revenue Servic,
           Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
10702525 ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
           PHILADELPHIA PA 19114-0326
          (address filed with court: United States Dept. of Treasury,   Tax Division (DOJ),
           BOX 55 - BenFranklin Station,   Washington, DC 20044)
10702524 ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
           PHILADELPHIA PA 19114-0326
          (address filed with court: United States Dept. of Treasury,   Tax Division (DOJ),   PO Box 21126,
           Philadelphia, PA 19114)
11232058 +IUOE Local 150,   6140 Joliet Road,   Countryside, IL 60525-3956
10702495  Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
10702499 +James and Susan Anderson,   8720 Polo Ridge Court,   Willowbrook, IL 60527-0324
10702501 +Joel Anderson Homes, Ltd.,   4518 Oakwood Ave.,   Downers Grove, IL 60515-2710
10702502 +Joel Page,   Leo & Weber,   One North LaSalle Street,   #2600,   Chicago, IL 60602-4002
10702507  Kurt Vragel, Jr.,   Attorney at Law,   1710 East Lake Ave,   Glenview, IL 60025
10702508 +Laborers' Welfare Fund,   c/o Christina Krivanek,   Office of Fund Counsel,
           53 West Jackson Suite 550,   Chicago, IL 60604-3425
10702509 +M. Eber, Assignee of Comstock,   c/o High Ridge Partners,   140 South Dearborn Street,   #420,
           Chicago, IL 60603-5233
10702510 +M. Ebner, Assignee Comstock,   High Ridge Partners,   140 South Dearborn Street,
           Chicago, IL 60603-5202
10702511 +Michael Vukasovic,   c/o Michele Reynolds,   Dowd Bloch & Bennett,
           8 South Michigan Ave. - 19th Floor,   Chicago, IL 60603-3357
11073745 +Michael Vukasovic,   9856 S. Muskegon,   Chicago, IL 60617-5311
10702512 +Mitchel Lieberman,   Noonan & Lieberman,   105 West Adams #3000,   Chicago, IL 60603-6228
10702513 +NAS Surety Group,   c/o Mary Gardner,   Riordan, Donnelly Lipinski et al,
           10 North Dearborn Street,   Chicago, IL 60602-4276
10726623 +++NAS Surety Group,   c/o Mary E. Gardner,   Riordan Donnelly Lipinski & McKee Ltd.,
           10 S. Dearborn Street  Fourth Floor,   Chicago, Illinois 60603-2300
10702514  North American Specialty Insurance,   C/o Mary E. Gardner,   10 North Dearborn - Fourth Floor,
           Chicago, IL 60602
10702515 +Ritchie Brothers,   2400 Ritchie Road,   Morris, IL 60450-7649
```

```
District/off: 0752-1          User: csimmons          Page 2 of 3          Date Rcvd: Jul 19, 2010
Case: 06-04456               Form ID: pdf006          Total Noticed: 71
```

```
10702516   +Riverside Developmt a/ka Bob Sayad,   14 Ambrance Drive,   Burr Ridge, IL 60527-6493
10702517   +Rock on Trucking,   6501 West Archer Ave.,   Chicago, IL 60638-2401
10702518   +Salce,   2643 North Haymond,   River Grove, IL 60171-1511
10702519    Select Edition Mastercard,   PO Box 356176,   Louisville, KY 40285
10702520   +State of California,   Bankruptcy Group MIC 92E,   800 Capital Mall,   Sacramento, CA 95814-4807
10702521   +Talisman LLC,   c/o Michelle Ratledge,   Thompson Rosenthal & Watts, LLP,
            1001 East Chicago Ave. #111,   Naperville, IL 60540-5500
10702522   +The Guarantee Company of North Am.,   C/o Joel Page, Esq,   Leo & Weber, PC,
            One North LaSalle Street #3600,   Chicago, IL 60602-4015
11228470   +The Guarantee Company of North America,   c/o T. Scott Leo,   Leo & Weber, P.C.,
            One N. LaSalle Street, Ste. 3600,   Chicago, IL 60602-4015
11231326    The Stough Group, Inc.,   c/o Heidi H. Rowe,   Schiff Hardin LLP,   6600 Sears Tower,
            Chicago, IL 60606
10702523   +Triple K,   c/o Kevin Callahan,   16555 West Delaware,   Lockport, IL 60441-4259
11232059   +Trustees Of Local 150, IUOE, et al.,   6140 Joliet Road,   Countryside, IL 60525-3956
10702526   +Vermeer Illinois, Inc.,   c/o Jonathan B. Shanower,   Dreyer Foote et al,
            1999 West Downer Place,   Aurora, IL 60506-4776
10702527   +Washington Int'l Insurance,   c/ Mary E. Gardner,   Riordan Donnelly Lipinski et al,
            10 North Dearborn Street,   Chicago, IL 60602-4276
10702528   +Washington International Insurance,   c/o Mary E. Gardner,   Riordan, Donnelly Lipinski et al,
            10 North Dearborn Street,   Chicago, IL 60602-4276
10702529    Washington Mutual,   PO Box 9001123,   Louisville, KY 40290-1123
10702530   +Washington Mutual - Collection Dep.,   PO Box 4418,   Jacksonville, FL 32201
11197639    eCAST Settlement Corporation assignee of,   Household Finance Corporation,   POB 35480,
            Newark NJ 07193-5480
```

The following entities were noticed by electronic transmission on Jul 19, 2010.
```
10702479    E-mail/PDF: mrdiscen@discoverfinancial.com Jul 20 2010 00:55:38      Discover Card,   PO Box 30395,
            Salt Lake City, UT 84130
11061023    E-mail/PDF: mrdiscen@discoverfinancial.com Jul 20 2010 00:55:38
            Discover Bank/Discover Financial Services,   PO Box 3025,   New Albany, OH  43054-3025
                                                                                       TOTAL: 2
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         Klein, Stoddard, Buck, Waller & Lewis, LLC
10702471    Comstock Earthmoving
10702477    Comstock Earthmoving, Inc.
10702478    Comstock Earthmoving, Inc.
10702498    James and Susan Anderson
10702500    Joel Anderson,   CO
10702505    Jyl Grogan
10702483*  +Downers Grove National Bank,   5140 Main Street,   Downers Grove, IL 60515-4610
10702489*  +Ford Motor Credit,   PO Box 219686,   Kansas City, MO 64121-9686
10702497*  ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
            PHILADELPHIA PA 19114-0326
            (address filed with court:  Department of the Treasury-Internal Revenue Servic,
            Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
10702504*  +Jyl Grogan,   13853 Doral Lane,   Lockport, IL 60491-5919
11260835*   eCAST Settlement Corporation assignee of,   Household Finance Corporation,   POB 35480,
            Newark NJ 07193-5480
10751370   ##+Caterpillar Financial Services, Corp.,   c/o Scott Frost,   Statman Harris & Eyrich, LLC,
            333 W. Wacker Dr., Suite 1710,   Chicago, IL 60606-1226
10702487   ##+Faye B. Feinstein,   Quarels & Brady, LLP,   500 West Madison Street,   Suite 3700,
            Chicago, IL 60661-4591
10702503   ##+Jyl Grogan,   13853 Doral Lane,   Lockport, IL 60491-5919
10702506   ##+Jyl Grogan,   13853 Doral Lane,   Homer Glenn, IL 60491-5919
10980299   ##+Jyl Grogan,   c/o Faye Feinstein, Esq.,   Quarles & Brady LLP,
            500 West Madison Street, Suite 3700,   Chicago, IL 60661-4591
10980297   ##+Kylie and Daniel J. Grogan,   c/o Faye Feinstein, Esq.,   Quarles & Brady LLP,
            500 West Madison Street, Suite 3700,   Chicago, Illinois 60661-4591
                                                                  TOTALS: 7, * 5, ## 6
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

District/off: 0752-1          User: csimmons          Page 3 of 3          Date Rcvd: Jul 19, 2010
Case: 06-04456               Form ID: pdf006          Total Noticed: 71

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 21, 2010**                    **Signature:**