**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: GROGAN, DANIEL L                     § Case No. 06-04456
                                            §
                                            §
                                            §
Debtor(s)                                   §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $4,677,500.00<br>*(without deducting any secured claims)* | Assets Exempt: $11,000.00 |
| Total Distribution to Claimants: $188,968.14 | Claims Discharged<br>Without Payment: $6,169,740.76 |
| Total Expenses of Administration: $39,251.31 | |

    3) Total gross receipts of $ 231,908.81  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,689.36  (see **Exhibit 2**), yielded net receipts of $228,219.45 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $5,020,974.28 | $1,059,503.27 | $538,448.99 | $171,134.40 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 39,251.31 | 39,251.31 | 39,251.31 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 42,400.00 | 725,088.71 | 644,610.66 | 17,833.74 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 731,738.45 | 5,436,090.96 | 5,319,976.53 | 0.00 |
| **TOTAL DISBURSEMENTS** | $5,795,112.73 | $7,259,934.25 | $6,542,287.49 | $228,219.45 |

4) This case was originally filed under Chapter 7 on April 20, 2006. The case was pending for 68 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/05/2012          By: /s/MICHAEL G. BERLAND
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Credit of $6275.00 to trustee from Jyl Grogan f | 1180-000 | 6,275.00 |
| 13853 S. Doral, Homer Glen-scheduled | 1110-000 | 186,000.00 |
| GMAC with crane-scheduled | 1129-000 | 16,000.00 |
| 1992 Ford Mustang-unscheduled | 1229-000 | 21,000.00 |
| Refund of Ticor escrow for Tope lien-usch | 1229-000 | 2,250.00 |
| Interest Income | 1270-000 | 383.81 |
| **TOTAL GROSS RECEIPTS** | | **$231,908.81** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| TicorTtitle | Credit to Jyl Grogan per court for taxes advanced for 2006 | 8500-002 | 3,689.36 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$3,689.36** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ford Motor Credit | 4110-000 | N/A | 44,554.35 | 0.00 | 0.00 |
| 9 | Homer Tree Service | 4110-000 | 15,000.00 | 15,000.00 | 0.00 | 0.00 |
| 10 | Vermeer Illinois, Inc. | 4110-000 | N/A | 9,100.53 | 0.00 | 0.00 |
| 26S | United States Dept. of Treasury | 4110-000 | 473,446.14 | 452,399.40 | 0.00 | 0.00 |
| 26S-2 | United States Dept. of Treasury | 4110-000 | N/A | 452,399.40 | 452,399.40 | 85,084.81 |
| NOTFILED | Downers Grove National Bank | 4110-000 | 245,500.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Guarantee Company of America | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Downers Grove National Bank | 4110-000 | 2,904,310.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 4110-000 | 450,889.00 | N/A | N/A | 0.00 |
| NOTFILED | Ashby Trust c/o Kent Gaertner | 4110-000 | 350,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Downer's Grove National Bank | 4110-000 | 100,000.00 | N/A | N/A | 0.00 |
| NOTFILED | James and Susan Anderson | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Joel Anderson Homes, Ltd. | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Michael Vukasovic c/o Michele Reynolds | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Triple K c/o Kevin Callahan | 4110-000 | 88,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Washington Mutual | 4110-000 | 180,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Vermeer Illinois, Inc. c/o Jonathan B. Shanower | 4110-000 | 8,672.66 | N/A | N/A | 0.00 |
| NOTFILED | Talisman LLC c/o Michelle Ratledge | 4110-000 | 62,434.48 | N/A | N/A | 0.00 |
| NOTFILED | Salce | 4110-000 | 63,596.00 | N/A | N/A | 0.00 |
| NOTFILED | Rock on Trucking | 4110-000 | 19,126.00 | N/A | N/A | 0.00 |
| NOTFILED | North American Specialty Insurance C/o Mary E. | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Riverside Developmt a/ka Bob Sayad | 4110-000 | 60,000.00 | N/A | N/A | 0.00 |
| | TicorTtitle | 4110-000 | N/A | 86,049.59 | 86,049.59 | 86,049.59 |
| **TOTAL SECURED CLAIMS** | | | **$5,020,974.28** | **$1,059,503.27** | **$538,448.99** | **$171,134.40** |

### EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 14,660.10 | 14,660.10 | 14,660.10 |
| American Auction Associates | 3620-000 | N/A | 1,689.49 | 1,689.49 | 1,689.49 |
| Gloria Longest | 3410-000 | N/A | 500.00 | 500.00 | 500.00 |
| Jy Grogan | 2500-000 | N/A | 3,572.62 | 3,572.62 | 3,572.62 |
| TicorTtitle | 3510-000 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| TicorTtitle | 2420-000 | N/A | 2,250.00 | 2,250.00 | 2,250.00 |
| TicorTtitle | 2820-000 | N/A | 2,131.77 | 2,131.77 | 2,131.77 |
| TicorTtitle | 3510-000 | N/A | 6,800.00 | 6,800.00 | 6,800.00 |
| TicorTtitle | 2500-000 | N/A | 730.00 | 730.00 | 730.00 |
| TicorTtitle | 2500-000 | N/A | 12.50 | 12.50 | 12.50 |
| TicorTtitle | 2500-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| TicorTtitle | 2500-000 | N/A | | 17.37 | 17.37 | 17.37 |
| TicorTtitle | 2820-000 | N/A | | 93.00 | 93.00 | 93.00 |
| TicorTtitle | 2820-000 | N/A | | 186.00 | 186.00 | 186.00 |
| TicorTtitle | 2500-000 | N/A | | 34.75 | 34.75 | 34.75 |
| TicorTtitle | 2500-000 | N/A | | 1.50 | 1.50 | 1.50 |
| TicorTtitle | 2820-000 | N/A | | 1,977.40 | 1,977.40 | 1,977.40 |
| TicorTtitle | 2820-000 | N/A | | 1,919.81 | 1,919.81 | 1,919.81 |
| TicorTtitle | 2500-000 | N/A | | 150.00 | 150.00 | 150.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | 39,251.31 | 39,251.31 | 39,251.31 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Jyl Grogan | 5100-000 | 0.00 | 17,833.74 | 17,833.74 | 17,833.74 |
| 20P | Laborers' Welfare Fund | 5800-000 | unknown | 76,075.81 | 76,075.81 | 0.00 |
| 21 | Trustees Of Local 150, IUOE, et al. | 5800-000 | N/A | 197,487.10 | 197,487.10 | 0.00 |
| 22 | IUOE Local 150 | 5800-000 | N/A | 9,406.88 | 9,406.88 | 0.00 |
| 24 | IUOE Local 150 | 5800-000 | N/A | 197,487.10 | 197,487.10 | 0.00 |
| 25 | IUOE Local 150 | 5800-000 | N/A | 9,406.88 | 9,406.88 | 0.00 |
| 26P | United States Dept. of Treasury | 5800-000 | N/A | 80,478.05 | 0.00 | 0.00 |
| 26P-2 | United States Dept. of Treasury | 5800-000 | N/A | 80,478.05 | 80,478.05 | 0.00 |
| 27P | Employment Development Dept | 5800-000 | N/A | 11,187.10 | 11,187.10 | 0.00 |
| 28P | Illinois Department of Revenue | 5800-000 | 41,200.00 | 45,248.00 | 45,248.00 | 0.00 |
| NOTFILED | State of California | 5200-000 | 1,200.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 42,400.00 | 725,088.71 | 644,610.66 | 17,833.74 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Caterpillar Financial Services, Corp. | 7100-000 | N/A | 110,476.14 | 0.00 | 0.00 |
| 2 -2 | Caterpillar Financial Services, Corp. | 7100-000 | N/A | 110,476.14 | 110,476.14 | 0.00 |
| 3 | E.F.Heil, LLC | 7100-000 | N/A | 36,417.15 | 36,417.15 | 0.00 |
| 4 | Kylie and Daniel J. Grogan | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 6 | Discover Bank/Discover Financial Services | 7100-000 | N/A | 6,177.26 | 6,177.26 | 0.00 |
| 7 | Chase Bank USA, N.A. | 7100-000 | N/A | 19,121.92 | 19,121.92 | 0.00 |
| 8 | Chase Bank USA, N.A. | 7100-000 | 3,283.07 | 14,542.11 | 14,542.11 | 0.00 |
| 11 | Eagle Concrete | 7100-000 | 377,053.00 | 381,615.00 | 381,615.00 | 0.00 |
| 12 | Heritage FS, Inc | 7100-000 | 105,322.07 | 105,322.77 | 105,322.77 | 0.00 |
| 13 | American Express Bank FSB | 7100-000 | 16,518.00 | 19,147.56 | 19,147.56 | 0.00 |
| 14 | NAS Surety Group | 7100-000 | N/A | 446,289.21 | 446,289.21 | 0.00 |
| 15 | eCAST Settlement Corporation assignee of | 7100-000 | N/A | 5,638.29 | 0.00 | 0.00 |
| 15 -2 | eCAST Settlement Corporation assignee of | 7100-000 | N/A | 5,638.29 | 5,638.29 | 0.00 |
| 16 | James and Susan Anderson | 7100-000 | N/A | 34,848.82 | 34,848.82 | 0.00 |
| 17 | The Guarantee Company of North America | 7100-000 | N/A | 3,849,860.00 | 3,849,860.00 | 0.00 |
| 18 | The Stough Group, Inc. | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 19 | Jyl Grogan | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 20U | Laborers' Welfare Fund | 7100-000 | N/A | 82,130.94 | 82,130.94 | 0.00 |
| 23 | Jyl Grogan | 7100-000 | 7,775.00 | N/A | N/A | 0.00 |
| 27U | Employment Development Dept | 7200-000 | N/A | 3,753.36 | 3,753.36 | 0.00 |
| 28U | Illinois Department of Revenue | 7200-000 | N/A | 4,636.00 | 4,636.00 | 0.00 |
| 29 | Stough Group Inc | 7100-000 | N/A | 100,000.00 | 100,000.00 | 0.00 |
| 30 | Meyers Common Senior Housing | 7100-000 | N/A | 100,000.00 | 100,000.00 | 0.00 |
| NOTFILED | State of California | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Best Environmental, Inc C/O Gary Davidson | 7100-000 | 2,223.00 | N/A | N/A | 0.00 |
| NOTFILED | Caterpillar Finance | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | HFC Finance | 7100-000 | 6,000.00 | N/A | N/A | 0.00 |
| NOTFILED | The Guarantee Company of North Am. C/o Joel Page, Esq | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | George W. Pierson Company, Inc. d/b/a Norwalk Tank | 7100-000 | 19,269.73 | N/A | N/A | 0.00 |
| NOTFILED | Ditch Witch/Citicapital | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | E.F.Heil, LLC | 7100-000 | 26,448.26 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 3,830.00 | N/A | N/A | 0.00 |
| NOTFILED | Brites Cartage c/o Elias Gordan, Esq. | 7100-000 | 164,016.32 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 731,738.45 | 5,436,090.96 | 5,319,976.53 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-04456  
**Case Name:** GROGAN, DANIEL L  

**Trustee:** (520196) MICHAEL G. BERLAND  
**Filed (f) or Converted (c):** 04/20/06 (f)  
**§341(a) Meeting Date:** 06/22/06  

**Period Ending:** 01/05/12  
**Claims Bar Date:** 03/12/07

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 13853 S. Doral, Homer Glen-scheduled | 369,000.00 | 0.00 | | 186,000.00 | FA |
| 2 | Vacant Property, burr Ridge-scheduled | 4,310,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Harris Bank-scheduled | 200.00 | 0.00 | DA | 0.00 | FA |
| 4 | Founders Bank-scheduled | 800.00 | 0.00 | DA | 0.00 | FA |
| 5 | Household goods-scheduled | Unknown | 0.00 | DA | 0.00 | FA |
| 6 | Clothing-scheduled | 300.00 | 0.00 | DA | 0.00 | FA |
| 7 | Furs & Jewelry-scheduled | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Pension-scheduled | 75,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | 100% owner K & D Leasing-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | 50% owner Anderson-Grogan-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | Riverdale Development-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | Comstock Engineering-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | Potenitial tax refund-scheduled | Unknown | 0.00 | DA | 0.00 | FA |
| 14 | Jointly owned Ford Navigator-scheduled | 44,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | F 250-scheduled | 25,000.00 | 0.00 | | 0.00 | FA |
| 16 | Computer & fax machine-scheduled | 200.00 | 0.00 | DA | 0.00 | FA |
| 17 | Miscelleaneous equipment-scheduled      Guarantee Company Of America has lien in all equipment listed in paragraph 29 | Unknown | 0.00 | DA | 0.00 | FA |
| 18 | GMAC with crane-scheduled | 25,000.00 | 16,000.00 | | 16,000.00 | FA |
| 19 | Irrevocable letter of credit-scheduled      Issued only to build road to vacant lots and stay lifted as to vacant lots | 245,000.00 | 0.00 | DA | 0.00 | FA |
| 20 | Possible cause of action-breach of contract-sche | Unknown | 0.00 | DA | 0.00 | FA |
| 21 | Contribution claims against Comstock -scheduled | Unknown | 0.00 | DA | 0.00 | FA |
| 22 | 1992 Ford Mustang-unscheduled  (u) | 0.00 | 21,000.00 | | 21,000.00 | FA |
| 23 | Return of Ticor Holdback for Tope li-unscheduled | 0.00 | 0.00 | | 0.00 | FA |
| 24 | Refund of Ticor escrow for Tope lien-usch  (u)      Same as 23 | 0.00 | 2,250.00 | | 2,250.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-04456  **Trustee:** (520196) MICHAEL G. BERLAND
**Case Name:** GROGAN, DANIEL L  **Filed (f) or Converted (c):** 04/20/06 (f)
 **§341(a) Meeting Date:** 06/22/06
**Period Ending:** 01/05/12  **Claims Bar Date:** 03/12/07

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| Int | INTEREST (u) | Unknown | N/A | | 383.81 | Unknown |
| 25 | **Assets** Totals (Excluding unknown values) | $5,096,500.00 | $39,250.00 | | $225,633.81 | $0.00 |

**Major Activities Affecting Case Closing:**

The Trustee liquidated his interest in two vehicles after appointing an auctioneer. The Trustee sold the debtor's home. with the debtor's ex-wife. The Trustee filed 3 Motions To Strike Secured Claims. The Trustee filed a Motion to Employ Accountant and a Motion to Pay Jyl Grogan certain monies owed in connection with taxes for the home that was sold. The Trustee reviewed numerous documents in conection with the debtor's financial affairs and other possible assets.

**Initial Projected Date Of Final Report (TFR):** October 31, 2010  **Current Projected Date Of Final Report (TFR):** October 31, 2010

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 06-04456 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | GROGAN, DANIEL L | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****80-65 - Money Market Account |
| Taxpayer ID #: | **-***2271 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 01/05/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/10/07 | {18} | Downers Grove National Bank | Payment for vehicle pursuant to court order | 1129-000 | 16,000.00 | | 16,000.00 |
| 04/10/07 | {22} | American Auction Aassociates | Payment for sale of 1992 Ford Mustang | 1229-000 | 21,000.00 | | 37,000.00 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 12.51 | | 37,012.51 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 20.42 | | 37,032.93 |
| 06/07/07 | 1001 | American Auction Associates | Payment of auctioneer's expenses pursuant to court order | 3620-000 | | 1,689.49 | 35,343.44 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 18.54 | | 35,361.98 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 20.14 | | 35,382.12 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 19.52 | | 35,401.64 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 17.64 | | 35,419.28 |
| 10/29/07 | 1002 | Gloria Longest | Payment of accountatn per court order | 3410-000 | | 500.00 | 34,919.28 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 20.79 | | 34,940.07 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 18.17 | | 34,958.24 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 17.80 | | 34,976.04 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3000% | 1270-000 | 15.99 | | 34,992.03 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2500% | 1270-000 | 7.18 | | 34,999.21 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 6.50 | | 35,005.71 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 4.88 | | 35,010.59 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 4.38 | | 35,014.97 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 4.45 | | 35,019.42 |
| 07/11/08 | | TicorTtitle | Proceeds of sale of 13853 Doral, Homer Glen, Illinois | | 83,706.95 | | 118,726.37 |
| | {1} | | | 186,000.00 | 1110-000 | | 118,726.37 |
| | | | Payment of 1/2 of mortgage | -86,049.59 | 4110-000 | | 118,726.37 |
| | | | 1/2 of earnest money deposit applied to re commission | -2,500.00 | 3510-000 | | 118,726.37 |
| | | | 1/2 of title indemnity bond | -2,250.00 | 2420-000 | | 118,726.37 |
| | | | 1/2 of 2008 taxes | -2,131.77 | 2820-000 | | 118,726.37 |
| | | | 1/2 of re commisssion | -6,800.00 | 3510-000 | | 118,726.37 |
| | | | 1/2 of title insurance | -730.00 | 2500-000 | | 118,726.37 |
| | | | 1/2 of overnight delivery charges | -12.50 | 2500-000 | | 118,726.37 |
| | | | 1/2 of title indemnity maintainnce fee | -25.00 | 2500-000 | | 118,726.37 |
| | | | 1/2 of recording fee | -17.37 | 2500-000 | | 118,726.37 |

Subtotals :   $120,915.86   $2,189.49

{} Asset reference(s)    Printed: 01/05/2012 01:50 PM    V.12.57

Exhibit 9

# FORM 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 06-04456  
**Case Name:** GROGAN, DANIEL L  
**Taxpayer ID #:** **-***2271  
**Period Ending:** 01/05/12  

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****80-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 1/2 of county tax stamps    -93.00 | 2820-000 | | | 118,726.37 |
| | | | 1/2 of state tax stamps    -186.00 | 2820-000 | | | 118,726.37 |
| | | | 1/2 of recording relases    -34.75 | 2500-000 | | | 118,726.37 |
| | | | Agent fee    -1.50 | 2500-000 | | | 118,726.37 |
| | | | 1/2 of 2007 taxes    -1,977.40 | 2820-000 | | | 118,726.37 |
| | | | 1/2 of second installment 2007 taxes    -1,919.81 | 2820-000 | | | 118,726.37 |
| | | | 1/2 of survey    -150.00 | 2500-000 | | | 118,726.37 |
| | | | Credit of $6275.00 to trustee from Jyl Grogan for trustee fee to be paid per court order    6,275.00 | 1180-000 | | | 118,726.37 |
| | | | Credit to Jyl Grogan per court for taxes advanced for 2006    -3,689.36 | 8500-002 | | | 118,726.37 |
| 07/29/08 | {24} | Ticor Title | Refund of escrow for Tope lien | 1229-000 | 2,250.00 | | 120,976.37 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 10.29 | | 120,986.66 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 14.38 | | 121,001.04 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 15.87 | | 121,016.91 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 13.19 | | 121,030.10 |
| 11/11/08 | 1003 | Jy Grogan | Payment for advance of 2005 taxes per court order | 2500-000 | | 3,572.62 | 117,457.48 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 9.43 | | 117,466.91 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 8.32 | | 117,475.23 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.79 | | 117,480.02 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.47 | | 117,484.49 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 5.11 | | 117,489.60 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.79 | | 117,494.39 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.63 | | 117,499.02 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 5.11 | | 117,504.13 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.95 | | 117,509.08 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.95 | | 117,514.03 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.79 | | 117,518.82 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.79 | | 117,523.61 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.95 | | 117,528.56 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.95 | | 117,533.51 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.63 | | 117,538.14 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 4.47 | | 117,542.61 |

Subtotals : $2,388.86   $3,572.62

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 06-04456 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | GROGAN, DANIEL L | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****80-65 - Money Market Account |
| Taxpayer ID #: | **-***2271 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/05/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 5.27 | | 117,547.88 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.79 | | 117,548.67 |
| 04/06/10 | | Wire out to BNYM account 9200******8065 | Wire out to BNYM account 9200******8065 | 9999-000 | -117,548.67 | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 5,762.11 | 5,762.11 | $0.00 |
| Less: Bank Transfers | | -117,548.67 | 0.00 | |
| Subtotal | | 123,310.78 | 5,762.11 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $123,310.78 | $5,762.11 | |

{} Asset reference(s)

Printed: 01/05/2012 01:50 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 06-04456 | | **Trustee:** | MICHAEL G. BERLAND (520196) |
| **Case Name:** | GROGAN, DANIEL L | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****80-66 - Checking Account |
| **Taxpayer ID #:** | **-***2271 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 01/05/12 | | **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 01/05/2012 01:50 PM V.12.57

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 06-04456  
**Case Name:** GROGAN, DANIEL L  

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******80-65 - Money Market Account  

**Taxpayer ID #:** **-***2271  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Period Ending:** 01/05/12  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********8065 | Wire in from JPMorgan Chase Bank, N.A. account ********8065 | 9999-000 | 117,548.67 | | 117,548.67 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 5.63 | | 117,554.30 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 6.99 | | 117,561.29 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 6.76 | | 117,568.05 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 6.99 | | 117,575.04 |
| 08/17/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 3.61 | | 117,578.65 |
| 08/17/10 | | To Account #9200******8066 | Tansfer for purpose of distribution | 9999-000 | | 117,578.65 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 117,578.65 | 117,578.65 | $0.00 |
| | | | Less: Bank Transfers | | 117,548.67 | 117,578.65 | |
| | | | **Subtotal** | | 29.98 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$29.98** | **$0.00** | |

{} Asset reference(s)     Printed: 01/05/2012 01:50 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 06-04456 | | Trustee: | MICHAEL G. BERLAND (520196) |
| --- | --- | --- | --- | --- |
| Case Name: | GROGAN, DANIEL L | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******80-66 - Checking Account |
| Taxpayer ID #: | **-***2271 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 01/05/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 08/17/10 | | From Account #9200******8065 | Tansfer for purpose of distribution | 9999-000 | 117,578.65 | | 117,578.65 |
| 08/23/10 | 10101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $14,660.10, Trustee Compensation;  Reference: | 2100-000 | | 14,660.10 | 102,918.55 |
| 08/23/10 | 10102 | Jyl Grogan | Dividend paid 100.00% on $17,833.74; Claim# 5; Filed: $17,833.74; Reference: | 5100-000 | | 17,833.74 | 85,084.81 |
| 08/23/10 | 10103 | United States Dept. of Treasury | Dividend paid  18.80% on $452,399.40; Claim# 26S-2; Filed: $452,399.40; Reference: | 4110-000 | | 85,084.81 | 0.00 |
| | | | ACCOUNT TOTALS | | 117,578.65 | 117,578.65 | $0.00 |
| | | | Less: Bank Transfers | | 117,578.65 | 0.00 | |
| | | | Subtotal | | 0.00 | 117,578.65 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $117,578.65 | |

```
Net Receipts :              123,340.76
Plus Gross Adjustments :    108,568.05
Less Other Noncompensable Items :  3,689.36
                            _____
Net Estate :                $228,219.45
```

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- |
| MMA # ***-*****80-65 | 123,310.78 | 5,762.11 | 0.00 |
| Checking # ***-*****80-66 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-******80-65 | 29.98 | 0.00 | 0.00 |
| Checking # 9200-******80-66 | 0.00 | 117,578.65 | 0.00 |
| | $123,340.76 | $123,340.76 | $0.00 |

{} Asset reference(s)            Printed: 01/05/2012 01:50 PM    V.12.57